IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC), | ) ) ) ) | 4:11CV3097 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ROBERT A. BROWN and TANYA BROWN, Individually, and as officers, directors, shareholders, and/or principals of The Brown Bottle LLC, d/b/a The Brown Bottle, and THE BROWN BOTTLE LLC, d/b/a THE BROWN BOTTLE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Due to the defendants' failure to plead or otherwise defend, the Clerk of Court entered the defendants' default (filing 13) pursuant to Fed. R. Civ. P. 55(a) on November 7, 2011. The plaintiff has now filed a motion for default judgment (filing 14), along with a supporting evidentiary index (filing 16) and brief (filing 15).

IT IS ORDERED:

1. The defendants shall respond to the plaintiff's motion for default judgment (filing 14) on or before December 19, 2011. If no response is filed, the plaintiff's motion for default judgment shall be taken up on the materials contained in the court file without a hearing;

2. The Clerk of Court shall send a copy of this order to the defendants' last-known address, as shown on the service returns (filings 7-9): Robert A. Brown, Tanya Brown, and The Brown Bottle LLC at 111 B Street, Union, Nebraska 68455.

DATED this 28th day of November, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge